■ EVUNP HOLDINGS LLC et al., Respondents, v JACOB FRYDMAN et al., Appellants. [28 NYS3d 864]—

Order, Supreme Court, New York County (Eileen Bransten, J.), entered December 15, 2014, which, to the extent appealed from as limited by the briefs, awarded plaintiffs costs and attorneys' fees, unanimously affirmed, with costs.

The motion court providently exercised its discretion in awarding plaintiffs fees (CPLR 2001) and costs (CPLR 8202) incurred in responding to and moving to strike defendants' multiple, defective motions to dismiss the complaint. Contrary to defendants' contention, they were provided with a sufficient opportunity to be heard on the issue of fees and costs, imposed as a condition for being allowed to refile their motion to dismiss. Whether the sum the court awarded was proper is not before us on this appeal.

We have considered defendants' remaining arguments and find them unavailing. Concur—Sweeny, J.P., Saxe, Moskowitz, Gische and Webber, JJ.